419 P.2d 219

STATE of New Mexico, Plaintiff-Appellee,

v.

William Clark REYNOLDS, Defendant-Appellant.

No. 8121.

Supreme Court of New Mexico.

Oct. 10, 1966.

Charles L. Harrington, Roswell, for appellant.

Boston E. Witt, Atty. Gen., Roy G. Hill, Asst. Atty. Gen., for appellee.

OPINION

E. T. HENSLEY, Jr., Chief Judge, Court of Appeals.

This case presents the identical issue decided today in State v. Dalrymple, 77 N.M. 4, 419 P.2d 218. The two cases were consolidated here for submission on briefs. The decision announced in State v. Dalrymple is controlling in this case and the ruling of the trial court is in all respects affirmed.

It is so ordered.

CHAVEZ and MOISE, JJ., concur.